UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ALICE PETE, | Case No. 2:19-CV-309 JCM (CWH) |
| Plaintiff(s), | ORDER |
| v. | |
| USAA SAVINGS BANK, | |
| Defendant(s). | |

Presently before the court is the matter of *Pete v. USAA Savings Bank*, case number 2:19-cv-00309-JCM-CWH.

On March 15, 2019, the parties filed a stipulation to transfer venue to the United States District Court for the Western District of Texas. (ECF No. 5). Because the stipulation did not include a judge's signature box as required under the Local Rules, the court ordered the parties to file a corrected stipulation. (ECF No. 9). On June 17, 2019, the parties filed a notice of corrected image. (ECF No. 10). However, the parties did not adjust the filing deadline to respond to the complaint in their revised stipulation. Therefore, the court will deny the stipulation subject to the parties' ability to re-file a stipulation within ten days.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the parties' stipulation to transfer venue (ECF No. 5) be, and the same hereby is, DENIED.

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that the parties shall file another stipulation to transfer venue within ten (10) days from the date of this order.

DATED July 1, 2019.

_____
UNITED STATES DISTRICT JUDGE