**SHERI M. THOME, ESQ.**
Nevada Bar No.: 8657
**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**
300 South 4th Street, 11th Floor
Las Vegas, NV 89101
(702) 727-1400; FAX (702) 727-1401
sheri.thome@wilsonelser.com
Attorney for Defendant USAA Savings Bank

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALICE PETE,<br><br>            Plaintiff,<br><br>    v.<br><br>USAA SAVINGS BANK,<br><br>            Defendant. | Case No. 2:19-cv-00309-JCM-CWH<br><br>**JOINT STIPULATION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION** |

Plaintiff Alice Pete ("Plaintiff") and Defendant USAA Savings Bank ("USAA SB"), by and through their undersigned counsel and pursuant to 28 U.S.C. § 1404, hereby stipulate and agree, subject to Court approval, to transfer the above-captioned case to the United States District Court for the Western District of Texas, San Antonio Division. In support of this stipulation, the Parties state as follows:

1. Plaintiff filed this action on February 20, 2019 in the United States District Court for the District of Nevada. (Doc. 1).

2. USAA SB's deadline to answer or otherwise respond to the Complaint was March 15, 2019.

3. Since the Complaint was filed, the Parties have met and conferred regarding the proper venue for this action and have agreed to stipulate to the transfer of the matter to the United States District Court for the Western District of Texas, San Antonio Division. Specifically, the parties discussed that the Complaint's described events largely concern USAA Federal Savings Bank ("USAA FSB"). USAA FSB has its principal place of business in San Antonio, Texas, Plaintiff resides in El Paso, Texas, and none of the allegations giving rise to this case occurred in Nevada, regardless that the allegations additionally

1486910v.1

concern USAA Savings Bank, a Nevada corporation with its principal place of business in Las Vegas, Nevada. Thus, the US District Court for the Western District of Texas is the Court with a proper and convenient venue to adjudicate this matter.

    4.    Plaintiff agrees to the substitution of Defendant USAA Savings Bank by USAA SB's parent company USAA Federal Savings Bank.

    5.    To allow this matter to be transferred, the Parties stipulate that the answer will be due two weeks after the court enters this order.

NOW THEREFORE, the Parties hereby STIPULATE and AGREE subject to court approval, that the entire action be transferred to the Western District of Texas, San Antonio Division, and (ii) USAA FSB's deadline to respond to Plaintiff's Complaint is extended until two weeks after the court enters this order.

| Respectfully submitted this 8th day of July, 2019, | Respectfully submitted this 8th day of July, 2019, |
|---|---|
| WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP | HIGBEE & ASSOCIATES |
| */s/ Sheri M. Thome*<br>SHERI M. THOME<br>Nevada Bar No. 8657<br>300 South 4th Street, 11th Floor<br>Las Vegas, NV 89101<br>Email: sheri.thome@wilsonelser.com<br>Attorney for Defendant USAA Savings Bank | */s/ Mathew Higbee*<br>MATHEW HIGBEE<br>Nevada Bar No. 11158<br>2245 Fire Mesa Street, Suite 150<br>Las Vegas, NV 89128<br>Email: Mhigbee@higbeeassociates.com<br>Attorney for Plaintiff |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: July 9, 2019